**Motion Granted and Order filed November 1, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00848-CV

_____

### ARTIS CHARLES HARRELL, Appellant

### V.

### KIM OGG, ET AL, Appellee

_____

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2018-27455**

_____

## ORDER

Appellant is entitled to proceed in this appeal without the payment of costs. *See* Tex. Civ. Prac. & Rem. Code Ann. § 14.004. The clerk's record has already been filed without cost to appellant. Appellant has filed a motion asking us to order the district court to provide him a paper copy of the clerk's record at no cost. The motion is GRANTED.

The Harris County District Clerk is ordered to (1) provide appellant with a

paper copy of the clerk's record by **November 16, 2018**; and (2) certify to this court the date on which delivery of the record to appellant is made.

Appellant's brief is due within 30 days of the day he receives the clerk's record.

PER CURIAM